AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 29, 2021*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Darrian Thanars-Robinson | ) | Case No. **4:21-MJ-1662** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 7/27/2021 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| USC 18 2113(a) | Bank Robbery |
| USC 18 2113(a) | Bank Robbery |
| USC 18 924(c)(1)(a)(ii) | Brandishing a Firearm During a Crime of Violence |
| USC 18 924(c)(1)(a)(ii,iii) | Brandishing and Discharge of a Firearm During a Crime of Violence |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Jessica Bruzas, TFO
*Printed name and title*

Sworn to before me via telephone.

Date: 07/29/2021

*Judge's signature*

City and state: Houston, Texas

Christina Bryan, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Affiant, Jessica Bruzas, being duly sworn, do hereby depose and state:

1. Affiant is a Detective with the Houston Police Department [HPD], duly appointed according to law and acting as such. Affiant has been a Peace Officer with the HPD for over twelve [12] years and am assigned to the Houston Police Department's Robbery Division as a member of the FBI Houston Division Violent Crime Task Force [VCTF]. The VCTF is comprised of Task Force Officers [TFO's] from the Houston Police Department, the Harris County Sheriff's Office, and Special Agents of the FBI. The VCTF is responsible for the investigation of, among other violent crimes, bank robbery. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, Affiant has not set forth each and every fact learned during the course of the investigation. Rather, Affiant has set forth only those facts that she believes are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

2. Affiant and other members of the FBI VCTF have investigated or responded to two bank robberies in Houston, Texas and within Southern District of Texas that were committed by the same subject, later identified as Darrian Thanars-Robinson (THANARS-ROBINSON).

3. Affiant responded to a bank robbery of a First Convenience Bank at 10306 South Post Oak Road on July 27, 2021. At the location, Affiant spoke with the victim, teller Alvaro Barreiro (BARREIRO). BARREIRO stated he was working at the teller counter when a black male subject, later identified as THANARS-ROBINSON, approached his teller station and handed him a note that read in part, "I want everything. 100s, 50s, 20s. …. life." BARREIRO stated the note had something else written on it in the middle and that it ended with the word "life" but that he didn't have time to read the whole thing. BARREIRO stated THANARS-ROBINSON then placed a pistol that he had concealed in his hoodie pocket onto the counter and showed him the handle of the pistol. BARRIERO stated he felt in fear for his life and opened his top cash drawer. He handed THANARS-ROBINSON all of the cash, totaling $4,480.00 in U.S. currency, and placed an empty bank envelope on top of the cash. BARREIRO stated THANARS-ROBINSON took the cash, envelope, and note and said, "Appreciate it." THANARS-ROBINSON wore a red and black zip-up Nike hoodie with the hood up over a black Nike baseball cap. He also wore a blue disposable surgical mask and black sunglasses. Exterior surveillance cameras showed THANARS-ROBINSON leave the area in a white Mercedes sedan.

4. After speaking with the victim, Affiant spoke with First Convenience Bank corporate security liaison Serena Sanchez (SANCHEZ). SANCHEZ stated that following the bank robbery, she had sent out an alert to all other Houston-area First Convenience Bank branches with

surveillance images of the suspect advising other branches to be on the look-out for him should he try to rob another branch. SANCHEZ stated she then received a call from Cleidy Villatoro (VILLATORO), a teller who works at the First Convenience Bank located at 9919 Westheimer Rd. VILLATORO advised the same male seen in surveillance images from the robbery had come into her branch a few hours prior to the robbery and she found his behavior suspicious. VILLATORO stated she began to talk to the male and he eventually told her he wanted to view his closed account. VILLATORO stated she located the account, which was under the name of Darrian THANARS-ROBINSON. She stated she asked the male to pull down his mask so she could confirm his identity to the account holder photo on file. THANARS-ROBINSON then pulled down his mask and she confirmed the male was, in fact, THANARS-ROBINSON. She provided him his closed account info and he left the bank. SANCHEZ was able to locate surveillance footage of the transaction and she and your Affiant confirmed it was the same male wearing the same clothes who robbed the bank. Affiant also noted in the unmasked photo that you could see THANARS-ROBINSON's face to identify him.

5. Affiant was then advised a second robbery had just occurred, also on July 27, 2021, at a Wells Fargo Bank located at 8607 Westheimer Rd. Affiant's partner, TFO Larry Gibson (GIBSON) responded to that scene. At the location, GIBSON spoke with the victim teller, Esdras Vazquez (VAZQUEZ). VAZQUEZ stated he was working at the teller counter when a black male subject, later identified as THANARS-ROBINSON, approached his teller station and handed him a note that read, "I want every 100, 50, 20 $ bill out of your register. Be smart! This money isn't worth your customers or your life…" On the side of the note was written, "Just hand it over quietly." VAZQUEZ realized he was being robbed and for the safety of his coworkers, he turned

around and told the other employees to secure themselves in a back room. VAZQUEZ began collecting money, but THANARS-ROBINSON was becoming impatient and began to pound a metal object concealed in his hoodie pocket on the counter. VAZQUEZ recognized the sound as a sound that a gun would make if hit on the counter. As VAZQUEZ collected the last of the money and handed it to THANARS-ROBINSON, he then realized all employees had safely locked themselves in the back room, so he grabbed the money back from THANARS-ROBINSON's hand. THANARS-ROBINSON then exited the bank without any money and VAZQUEZ followed him outside, where he observed him get into a white Mercedes sedan. As the Mercedes drove out of the parking lot and onto Westheimer, THANARS-ROBINSON discharged a pistol as he fled past the bank. A 9mm shell casing was recovered from the roadway. THANARS-ROBINSON noted the license plate on the vehicle was covered with white paper or white cloth.

6. On July 28, 2021, GIBSON requested HPD Officer Jason Robles (ROBLES) present a photo array to VILLATORO that contained a photo of THANARS-ROBINSON and five other black males with similar characteristics in a double blind manner. After viewing the array, VILLATORO stated to Officer ROBLES that she recognized the male in photo #5 as the same male who had come into her branch to view a closed account, who later robbed another First Convenience Bank location. Officer ROBLES returned the completed array to TFO GIBSON, who noted that VILLATORO had positively identified THANARS-ROBINSON.

7. With THANARS-ROBINSON positively identified, other TFOs assigned to the VCTF conducted research on THANARS-ROBINSON and were able to identify a current address for him of 7600 High Meadow. TFOs went to this location and observed a white Mercedes sedan

matching surveillance image photos in the parking garage. TFO Gary Judkins (JUDKINS) conducted surveillance on the vehicle and eventually observed a black male get into the Mercedes. JUDKINS followed the car to a nearby PetsMart and observed the male enter the store. JUDKINS also went into the store and was able to look at the male and confirmed he was THANARS-ROBINSON, who he recognized from his Texas Driver's License photo. JUDKINS then followed THANARS-ROBINSON back to the apartment, where THANARS-ROBINSON picked up a black female and began to drive away gain. JUDKINS had a marked Houston Police vehicle conduct a traffic stop on the vehicle at 7600 High Meadow. THANARS-ROBINSON was arrested for his involvement in the bank robberies and the female, Aaliyha Jones (JONES), the owner of the vehicle and apartment, gave officers consent to search both the car and her apartment (#4046), which is where THANARS-ROBINSON had been staying. TFOs with the VCTF searched the car and located the black sunglasses worn during both robberies in the backseat, along with a blue disposable surgical mask. Inside the apartment, TFOs found a 9mm Glock 19 pistol (caliber matching shell casing found outside Wells Fargo), along with loaded magazines. The red and black Nike hoodie worn during both incidents was also found in the apartment. All items were tagged as evidence at the Houston Police Department's Property Room.

8. Affiant and other VCTF Task Force Officers interviewed THANARS-ROBINSON after his arrest on July 28, 2021. After waiving his rights, THANARS-ROBINSON confessed to covering the license plates of his girlfriend's white Mercedes sedan with white paper and robbing both the First Convenience Bank at 10306 S Post Oak Rd with a note on July 27, 2021 and the Wells Fargo Bank at 8607 Westheimer Rd with a note on that same day. THANARS-ROBINSON would not admit to bringing the pistol into either bank, but did confess that he fired a shot as he

was leaving the Wells Fargo Bank because he was upset the victim teller at the bank had followed him outside and yelled an ethnic slur at him.

9. Based on the foregoing, your Affiant believes there is probable cause to believe that on July 27, 2021, Darrian THANARS-ROBINSON used a firearm to take money belonging to First Convenience Bank located at 10306 S Post Oak Rd and again, on July 27, 2021 used a firearm to take money belonging to Wells Fargo Bank located at 8607 Westheimer Rd, both located in the Southern District of Texas, the deposits of which are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 924(c).

_____
TFO Jessica Bruzas, Houston Police Department/ FBI VCTF

Subscribed and Sworn to me by telephone on July 29, 2021, and I find probable cause.

_____
CHRISTINA BRYAN
UNITED STATES MAGISTRATE JUDGE